Curtis R. Hussey
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, AL 36532-1896
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
Email: chussey@ThompsonConsumerLaw.com
*Attorney for Plaintiff*

_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
_____

| | |
|---|---|
| Mercedes Heaps, | ) Case No. 2:18-cv-00589-BCW |
|  | ) |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF** |
|  | ) **ACCEPTANCE OF OFFER OF** |
| vs. | ) **JUDGMENT** |
|  | ) |
| Chad Rasmussen, LLC dba Alpina Legal and Cascade Collections, LLC, | ) |
|  | ) |
|  | ) Judge: Hon. Bruce S. Jenkins |
| Defendants. | ) |
|  | ) |

Plaintiff Mercedes Heaps, pursuant to Federal Rule of Civil Procedure 68, files this notice of acceptance of Defendants', Chad Rasmussen, LLC dba Alpina Legal and Cascade Collections, LLC. offer of judgment in the amount of $1,000.00, plus reasonable costs and attorney's fees. A true and correct copy Defendants' offer of judgment is attached hereto as Exhibit A. The issue of attorney's fees and costs remains pending.

1

Dated: February 4, 2019.

        Respectfully submitted,

        <u>s/Curtis R. Hussey</u>
        Curtis R. Hussey
        USB No. 5488
        Hussey Law Firm, LLC
        10 N. Section Street, No. 122
        Fairhope, AL 36532-1896
        Telephone: (251) 928-1423
        Facsimile: (866) 317-2674
        chussey@ThompsonConsumerLaw.com

        *Co-counsel with:*
        *Thompson Consumer Law Group, PLLC*

        **Correspondence address:**

        Thompson Consumer Law Group, PLLC
        5235 E. Southern Ave D106-618
        Mesa, AZ 85206
        TCLG@thompsonconsumerlaw.com

        Attorneys for Mercedes Heaps

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2019, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

        <u>s/Curtis R. Hussey</u>
        Curtis R. Hussey