**Curtis R. Hussey USB No. 5488**
**Hussey Law Firm, LLC**
**10 N. Section Street, No. 122**
**Fairhope, AL 36532-1896**
**Telephone: (251) 928-1423**
**Facsimile: (866) 317-2674**
**Email: chussey@ThompsonConsumerLaw.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## District of Utah

_____

| | | |
|---|---|---|
| Mercedes Heaps | * | Motion for Pro Hac Vice Admission and |
| Plaintiff | * | Consent of Local Counsel |
| | * | |
| v. | * | |
| Chad Rasmussen, LLC dba Alpina Legal | * | |
| and Cascade Collections, LLC, | * | Case No. 2:18-cv-00589-BSJ |
| Defendant. | * | |

_____

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of David N. McDevitt as pro hac vice counsel for Mercedes Heaps ( Plaintiff) and consent to serve as local counsel.   The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated  February 8, 2019                              s/Curtis Hussey_____
                                                     Signature of local counsel