FILED
2019 FEB 11 AM 9:32
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| Mercedes Heaps,<br>    Plaintiff | : | |
| | : | |
| | : | ORDER FOR PRO HAC VICE ADMISSION |
| v. | : | |
| | : | |
| Chad Rasmussen, LLC dba Alpina Legal<br>and Cascade Collections, LLC, | : | |
| | : | |
|     Defendant | : | Case Number 2:18-cv-00589-BSJ |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of David N. McDevitt in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 11th day of February, 2019.

_____
U.S. District Judge