# United States District Court

District of Utah, Central Division

Mercedes Heaps,

        Plaintiff,

v.

Chad Rasmussen, LLC, doing business as Alpina Legal, and Cascade Collections,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-CV-589-BSJ

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff and against Defendants in the amount of $1,000 plus attorney fees incurred through January 22, 2019, in an amount yet to be determined.

Dated: June 7, 2019.

By the Court:

Bruce S. Jenkins
United States Senior District Judge